## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTOIAN GRIFFIN,**

CASE NO: **1:17–CV–01741–DAD–MJS**

v.

**JEFFREY Y. HAMILTON, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/13/2018**

**Marianne Matherly**
Clerk of Court

ENTERED:  **February 13, 2018**

by: /s/ S. Martin–Gill
Deputy Clerk